

Performance-Based Standards for Adult Local Detention Facilities

Fourth Edition

PENGAD 800-031-6989

P-16

8-13-16

EXHIBIT

**4-ALDF-2A-17**
**(Ref. 3-ALDF-3A-14)**   **The facility has a system for physically counting inmates. The system includes strict accountability for inmates assigned to work and educational release, furloughs, and other approved temporary absences. At least one formal count is conducted for each shift, with no less than three counts daily.**

*Comment*: Electronic means should not be substituted for direct staff observation.

*Protocols*: Written policy and procedure. Accounting system. Forms. Identification forms/formats.

*Process Indicators*: Completed forms. Facility records and logs. Documentation of inmate accounting activities. Staff interviews.

## Facility Design

**4-ALDF-2A-18**
**(Ref. 3-ALDF-2B-01,**
**2B-03, 2C-03)**   **Physical plant designs facilitate continuous personal contact and interaction between staff and inmates in housing units. All living areas are constructed to facilitate continuous staff observation, excluding electronic surveillance, of cell or detention room fronts and areas such as dayrooms and recreation spaces. (Renovation, addition, new construction only)**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Staff and inmate interviews.

## Reception

**4-ALDF-2A-19**
**(Ref. 3-ALDF-4A-01)**   **Prior to accepting custody of an inmate, staff determines that the inmate is legally committed to the facility, and that the inmate is not in need of immediate medical attention.**

*Comment*: None.

*Protocols*: Written policy and procedure. Admission forms.

*Process Indicators*: Completed admissions forms. Facility logs. Observation.

**4-ALDF-2A-20**
**(Ref. 3-ALDF-4A-01)**   **The inmate and his/her property are immediately searched upon arrival at the facility.**

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Observations. Staff and inmate interview. Intake records.

Part 2: Security

**4-ALDF-2A-13**
**(Ref. 3-ALDF-3A-13)** The facility administrator designates a qualified person to conduct at least weekly inspections of all security devices, identifying those needing repair or maintenance, and who reports the results of the inspections in writing.

*Comment*: None.

*Protocols*: Written policy and procedure. Inspection forms and schedule.
*Process Indicators*: Facility logs. Completed inspection forms and reports. Documentation of action taken to correct identified deficiencies. Maintenance records.



## Staffing

**4-ALDF-2A-14**
**(Ref. 3-ALDF-1C-03)** A comprehensive staffing analysis is conducted annually. The staffing analysis is used to determine staffing needs and plans. Relief factors are calculated for each classification of staff that is assigned to relieved posts or positions. Essential posts and positions, as determined in the staffing plan, are consistently filled with qualified personnel.

*Comment*: None.

*Protocols*: Written policy and procedure. Staffing analysis process and plan. Staff deployment plans and schedules.
*Process Indicators*: Documentation of annual review of staffing analysis and plan. Records of actual staff deployment. Facility logs.



**4-ALDF-2A-15**
**(Ref. 3-ALDF-1C-05)** The facility uses a staffing analysis to determine the essential positions needed to perform the health services mission and provide the defined scope of services. A staffing plan is developed and implemented from this analysis. The plan is reviewed annually for adequacy by the health authority.

*Comment*: Adequate staffing is based on variables such as, facility size and configuration, location, services provided, and inmate type.

*Protocols*: Written policy and procedure.
*Process Indicators*: Documentation of annual staffing plan review. Staffing analysis plan. Interviews.

## Inmate Counts

**4-ALDF-2A-16**
**(Ref. 3-ALDF-1F-04)** There is an inmate population management system that includes records on the admission, processing, and release of inmates.

*Comment*: None.

*Protocols*: Written policy and procedure. Accounting system. Forms. Report formats.
*Process Indicators*: Completed forms. Reports. Staff interviews.

Part 2: Security



**4-ALDF-2A-21**
**(Ref. 3-ALDF-4A-01)** Admission processes for a newly admitted inmate include, but are not limited to:

- recording basic personal data and information to be used for mail and visiting list
- criminal history check
- photographing and fingerprinting, including notation of identifying marks or other unusual physical characteristics
- assignment of registered number to the inmate
- medical, dental, and mental health screenings
- screening to detect signs of drug/alcohol abuse
- suicide screening
- inventory of personal property

*Comment*: None.

*Protocols*: Written policy and procedure. Intake and admission forms. Screening forms. Staff training curriculum.
*Process Indicators*: Observation. Inmate records/files. Intake and admission records.



**4-ALDF-2A-22**
**(Ref. 3-ALDF-4A-03)** Newly admitted inmates are separated from the general population during the admission process. Inmates are assigned to initial holding settings according to their immediate security needs, physical and mental condition, and other considerations.

*Comment*: None.

*Protocols*: Written policy and procedure. Classification forms and procedures. Facility plans/specifications. Housing plan.
*Process Indicators*: Observation. Admission and housing records/logs. Inmate and staff interviews.

**4-ALDF-2A-23**
**(Ref. 3-ALDF-4A-01)** There is an itemized inventory of all personal property of newly admitted inmates and secure storage of inmate property, including money and other valuables. The inmate is given a receipt for all property held until release.

*Comment*: None.

*Protocols*: Written policy and procedure. Inventory form. Receipt form.
*Process Indicators*: Completed inventory forms. Intake records. Completed receipts.

**4-ALDF-2A-24**
**(Ref. 3-ALDF-2E-11)** Space is provided for storing the personal property of inmates safely and securely.

*Comment*: None.

Part 2: Security

Inmates verify, by signature, the receipt of their initial orientation and of the inmate handbook and written orientation materials. Signed acknowl-edgement of receipt of the handbook is maintained in the inmate's file.

*Comment*: None.

*Protocols*: Written policy and procedure. Receipt form.

*Process Indicators*: Completed receipt forms. Inmate interviews. Observation.

**4-ALDF-2A-29**
**(Ref. New)**

Information is provided to inmates about sexual abuse/assault including:

* **prevention/intervention**

* **self-protection**

* **reporting sexual abuse/assault**

* **treatment and counseling**

The information is communicated orally and in writing, in a language clearly understood by the inmate, upon arrival at the facility.

*Comment*: None.

*Protocols*: Policy and procedure

*Process Indicators*: Observation, inmate interviews, inmate handbook, completed receipt forms.



## Classification and Separation

**4-ALDF-2A-30**
**(Ref. 3-ALDF-4B-01**
**and 2C-03)**

There is a formal classification process that starts at admission, for managing and separating inmates, and administering the facility based upon the agency mission, classification goals, and inmate custody and program needs. The process uses verifiable and documented data about inmates. The classification system is used to separate inmates into groups that reduce the probability of assault and disruptive behavior. At a minimum, the classification system evaluates the following:

* **mental and emotional stability**

* **escape history**

* **history of assaultive behavior**

* **medical status**

* **age**

* **need to keep separate**

*Comment*: None.

*Protocols*: Written policy and procedure. Classification forms and formats. Methodology for validating process.

*Process Indicators*: Classification records. Documentation of verification of the process.



**ALDF-2A-31**
(Ref. 3-ALDF-4B-02) **The inmate classification process ensures periodic review of inmate status, and revision of inmate status as needed in response to changes in inmate behavior or circumstances. There is a process for appeal of classification decisions.**

*Comment*: None.

*Protocols*: Written policy and procedure. Process for periodic review and appeal. Inmate handbook. Inmate orientation materials.
*Process Indicators*: Classification records. Documentation of periodic review and appeal. Inmate interviews.



**ALDF-2A-32**
(Ref. 3-ALDF-4B-03 and 3E-06) **Inmate management and housing assignment are based on age, gender, legal status, custody needs, special problems and needs, and behavior. Male and female inmates are housed in separate rooms/cells.**

*Comment*: None.

*Protocols*: Written policy and procedure. Housing assignment process and forms.
*Process Indicators*: Inmate housing records. Observation. Staff and inmate interviews.

**ALDF-2A-33**
(Ref. 3-ALDF-2B-02) **The facility supports inmate separation according to existing laws and regulation and/or according to the facility's classification plan. (Addition, new construction)**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications. Applicable statutes and regulations. Classification plan.
*Process Indicators*: Inmate classification records. Housing records. Observation. Staff and inmate interviews.

**ALDF-2A-34**
(Ref. 3-ALDF-2C-01-1) **Single occupancy cells/rooms are available when indicated for the following:**

- **maximum and close custody**

- **inmates with severe medical disabilities**

- **inmates suffering from serious mental illness**

- **sexual predators**

- **inmates likely to be exploited or victimized by others**

- **inmates who have other special needs for single-occupancy housing.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.
*Process Indicators*: Observation. Interviews (staff, inmates.) Housing and classification records/logs.

(Ref. 3-ALDF-2C-04) Inmates not suitable for housing in multiple occupancy cells are housed in single occupancy cells. No less than 10 percent of the rated capacity of the facility is available for single occupancy.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.
*Process Indicators*: Observation. Interviews (staff, inmates). Housing and classification records/logs.

**4-ALDF-2A-36**
**(Ref. 3-ALDF-2C-14)** **Inmates participating in work or educational release programs are separated from inmates in the general population.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.
*Process Indicators*: Observation. Interviews (staff, inmates). Housing and classification records/logs.



## Youthful Offenders

**4-ALDF-2A-37**
**(Ref. 3-ALDF-4B-04)** **Confinement of juveniles under the age of 18 is prohibited.**

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Observation. Interviews (staff, inmates). Admission and housing.

**4-ALDF-2A-38**
**(Ref. 3-ALDF-4B-04-1)** **If youthful offenders are housed in the facility, they are housed in a specialized unit for youthful offenders except when:**

* **violent, predatory youthful offender poses an undue risk of harm to others within the specialized unit, or**

* **a qualified medical or mental-health specialist documents that the youthful offender would benefit from placement outside the unit**

**A written statement is prepared describing the specific reasons for housing a youthful offender outside the specialized unit and a case-management plan specifying what behaviors need to be modified and how the youthful offender may return to the unit. The statement of reasons and case-management plan must be approved by the facility administrator or his/her designee. Cases are reviewed at least quarterly by the case manager, the administrator or his or her designee, and the youthful offender to determine whether a youthful offender should be returned to the specialized unit.**

*Comment*: American Correctional Association policy prohibits confinement of youthful offenders in an adult facility; however, where the laws of the jurisdiction require such confinement, the provisions of the standard must be met.

*Protocols*: Written policy and procedure. Youthful offender plan. Facility plans/specifications.

*Process Indicators*: Facility logs and records. Inmate records. Staff interviews. Documentation of decisions and actions with individual youthful offenders.

**4-ALDF-2A-39**
**(Ref. 3-ALDF-4B-04-2)**   **Direct supervision is employed in the specialized unit to ensure the safety and security of youthful offenders.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications. Staff training curriculum.

*Process Indicators*: Observation. Staff interviews. Staff training records.

**4-ALDF-2A-40**
**(Ref. 3-ALDF-4B-04-3)**   **Classification plans for youthful offenders determine the level of risk and program needs developmentally appropriate for adolescents. Classification plans include consideration of physical, mental, social, and educational maturity of the youthful offender.**

*Comment*: None.

*Protocols*: Written policy and procedure. Youthful offender classification plan.

*Process Indicators*: Classification records.

**+ALDF-2A-41**
**(Ref. 3-ALDF-4B-04-4)**   **Adequate program space is provided to meet the physical, social, and emotional needs of youthful offenders and allows for their personal interactions and group-oriented activities.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Staff interviews.

**+ALDF-2A-42**
**(Ref. 3-ALDF-4B-04-5)**   **Youthful offenders in the specialized unit for youthful inmates have no more than incidental sight or sound contact with adult inmates from outside the unit in living, program, dining, or other common areas of the facility. Any other sight or sound contact is minimized, brief, and in conformance with applicable legal requirements.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Facility logs. Staff and youthful offender interviews.

**+ALDF-2A-43**
**(Ref. 3-ALDF-4B-04-6)**   **Program personnel who work with youthful offenders are trained in the developmental, safety, and other specific needs of youthful offenders. Written job descriptions and qualifications require training for staff who are responsible for programming of youthful offenders in the specialized unit before being assigned to work with youthful offenders. Training includes, but is not limited to the following areas:**

Part 2: Security

- adolescent development
- educational programming
- cultural awareness
- crisis prevention and intervention
- legal issues
- housing and physical plant
- policies and procedures
- management of, and programming for, sex offenders
- substance-abuse services
- cognitive-behavioral interventions, including anger management, social-skills training, problem solving
- resisting peer pressure
- suicide prevention
- nutrition
- mental-health issues
- gender-specific issues
- case-management planning and implementation

*Comment*: None.

*Protocols*: Written policy and procedure. Job description. Training curriculum. Staffing plan.

*Process Indicators*: Staff credentials. Staff training records. Staff deployment records.



## Special Management Inmates

*Note. "Segregation" is the generic term used to encompass administrative segregation, protective custody, and disciplinary detention. (See glossary definition)*

**4-ALDF-2A-44**
**(Ref. 3-ALDF-3D-02)**   The facility administrator or designee can order immediate segregation when it is necessary to protect the inmate or others. The action is reviewed within 72 hours by the appropriate authority.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Documentation of review within 72 hours. Facility records. Inmate records.

**4-ALDF-2A-45**
**(Ref. New)**   (MANDATORY) When an inmate is transferred to segregation, health care personnel are informed immediately and provide assessment and review as indicated by the protocols established by the health authority. Unless medical attention is needed more frequently, each inmate in segregation receives a daily visit from a health care provider. The presence of a health

care provider in segregation is announced and recorded. The health authority determines the frequency of physician visits to segregation units.

*Comment*: Health care provider's visits are intended to be screening rounds and are not meant to be clinical encounters. The visit ensures that inmates have access to the health care system. The health care provider determines the appropriate setting for further medical attention or examination and may request an inmate's removal from a cell or housing area to a clinical environment.

*Protocols*: Written policy and procedure.
*Process Indicators*: Health records. Segregation logs. Duty assignment roster for health care providers. Observation. Interviews.

**4-ALDF-2A-46
(Ref. 3-ALDF-3D-03)** An inmate is admitted to protective custody status when there is documentation that protective custody is warranted and no reasonable alternatives are available.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Documentation of reasons for admitting inmates to protective custody status, or denying status. Inmate records.

**4-ALDF-2A-47
(Ref. 3-ALDF-3D-04)** An inmate is placed in disciplinary detention for a rule violation only after a hearing.

*Comment*: None.

*Protocols*: Written policy and procedure. Disciplinary procedures.
*Process Indicators*: Hearing records. Inmate records.

**4-ALDF-2A-48
(Ref. 3-ALDF-3D-05)** The status of inmates in administrative segregation and protective custody is reviewed every seven days for the first two months and at least every 30 days thereafter.

*Comment*: None.

*Protocols*: Written policy and procedure. Review process.
*Process Indicators*: Documentation of reviews and outcomes.

**4-ALDF-2A-49
(Ref. 3-ALDF-3D-06)** There is a review process used to release an inmate from administrative segregation or protective custody.

*Comment*: None.

*Protocols*: Written policy and procedure. Review process.
*Process Indicators*: Documentation of review process and outcomes.

**4-ALDF-2A-50
(Ref. 3-ALDF-3D-07)** There is a sanctioning schedule for rule violations. The maximum sanction for rule violations is no more than 60 days for all violations arising out of

Part 2: Security

one incident. Continuous confinement for more than 30 days requires the review and approval of the facility administrator.

*Comment*: None.

*Protocols*: Written policy and procedure. Sanctioning schedule.
*Process Indicators*: Documentation that sanctioning schedule has been communicated to inmates. Inmate interviews. Documentation of facility administrator review and approval.

**4-ALDF-2A-51**
**(Ref. 3-ALDF-2C-11**
**and 2C-12)**

Segregation housing units provide living conditions that approximate those of the general inmate population. All exceptions are clearly documented. Segregation cells/rooms permit the inmates assigned to them to converse with and be observed by staff members. Cells/rooms used for segregation are single occupancy and encompass at least 70 square feet of floor area of which 35 square feet is unencumbered.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.
*Process Indicators*: Observation. Measurement. Inmate interviews.

**4-ALDF-2A-52**
**(Ref. 3-ALDF-3D-08)**

All special management inmates are personally observed by a correctional officer at least every 30 minutes on an irregular schedule. Inmates who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under continuous observation until seen by a mental health professional. Subsequent supervision routines are in accordance with that ordered by the mental health professional.

*Comment*: None.

*Protocols*: Written policy and procedure. Staffing plan. Log format.
*Process Indicators*: Facility records and logs. Documentation of cell checks.

**4-ALDF-2A-53**
**(Ref. 3-ALDF-3D-09)**

Inmates in segregation receive daily visits from the facility administrator or designee, members of the program staff on request, and a qualified health care official three times per week unless medical attention is needed more frequently.

*Comment*: None.

*Protocols*: Written policy and procedure. Log format.
*Process Indicators*: Documentation of administrator/designee visits and health care visits. Inmate interviews. Completed logs.

**4-ALDF-2A-54**
**(Ref. 3-ALDF-3D-10)**

Staff assigned to work directly with inmates in special management units are selected based on criteria that includes:

* completion of probationary period

---

- experience
- suitability for this population

Staff is closely supervised and their performance is evaluated at least quarterly. There are provisions for rotation to other duties.

*Comment*: None.

*Protocols*: Written policy and procedure. Staff schedule.
*Process Indicators*: Documentation of supervision and rotation of staff. Inmate interviews. Staff interviews.

**4-ALDF-2A-55**
**(Ref. 3-ALDF-3D-11)** Staff operating special management units maintains a permanent log that contains at a minimum the following information for each inmate admitted to segregation: name, number, housing location, date admitted, type of infraction or reason for admission, tentative release date, and special medical or psychiatric problems or needs. Officials who inspect the units or counsel the inmates on behavior and all releases also use the log to record all visits.

*Comment*: None.

*Protocols*: Written policy and procedure. Log format.
*Process Indicators*: Completed log. Inmate records.

**4-ALDF-2A-56**
**(Ref. 3-ALDF-3D-12)** All inmates in special management units are provided prescribed medication, clothing that is not degrading, and access to basic personal items for use in their cells unless there is imminent danger that an inmate or any other inmate(s) will destroy an item or induce self-injury.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Inmate records. Segregation log. Inmate interviews.

**4-ALDF-2A-57**
**(Ref. 3-ALDF-3D-13**
**and 3D-14)** Inmates in special management units have the opportunity to shave and shower at least three times per week. Inmates in special management units receive laundry, barbering, and hair care services, and are issued and exchange clothing, bedding, and linen on the same basis as inmates in the general population. Exceptions are permitted only when determined to be necessary. Any exception is recorded in the unit log and justified in writing.

*Comment*: None.

Protocols: Written policy and procedure. Segregation activity/service schedule.
*Process Indicators*: Segregation log. Documentation of exceptions.

**4-ALDF-2A-58**
**(Ref. 3-ALDF-3D-15)** When an inmate in segregation is deprived of any usual authorized items or activity, a report of the action is made and forwarded to the facility administrator.

*Comment*: None.

*Protocols*: Written policy and procedure. Format for report.

*Process Indicators*: Documentation of report of actions to administrator. Inmate interviews.

**4-ALDF-2A-59**
**(Ref. 3-ALDF-3D-15-1)** If an inmate uses food or food service equipment in a manner that is hazardous to self, staff, or other inmates, alternative meal service may be provided. Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of facility administrator or designee and responsible health authority. The substitution does not exceed seven days.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Documentation of approval. Segregation log. Inmate interviews.

**4-ALDF-2A-60**
**(Ref. 3-ALDF-3D-16)** Inmates in special management units can write and receive letters on the same basis as inmates in the general population.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Segregation log. Observation. Inmate interviews.

**4-ALDF-2A-61**
**(Ref. 3-ALDF-3D-17)** Inmates in special management units have opportunities for visitation unless there are substantial reasons for withholding such privileges. All denials for visitation are documented.

*Comment*: None.

*Protocols*: Written policy and procedure.

Process Indicators: Staff and inmate interviews. Segregation log.

**4-ALDF-2A-62**
**(Ref. 3-ALDF-3D-18)** Inmates in special management units have access to legal materials.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Staff and inmate interviews. Segregation log.

**4-ALDF-2A-63**
**(Ref. 3-ALDF-3D-19)** Inmates in special management units have access to reading materials.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Staff and inmate interviews. Segregation log.

**4-ALDF-2A-64**
**(Ref. 3-ALDF-3D-20)**   Inmates in special management units receive a minimum of one hour of exercise per day outside their cells, five days per week, unless security or safety considerations dictate otherwise.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Staff and inmate interviews. Segregation log.

**4-ALDF-2A-65**
**(Ref. 3-ALDF-3D-23)**   Inmates in disciplinary detention are allowed limited telephone privileges consisting of telephone calls related specifically to access to the judicial process and family emergencies as determined by the facility administrator or designee.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Staff and inmate interviews. Segregation log.

**4-ALDF-2A-66**
**(Ref. 3-ALDF-3D-21**
**and 3D-24)**   Inmates in administrative segregation and protective custody have access to programs and services that include, but are not limited to the following:

- educational services
- commissary services
- library services
- social services
- counseling services
- religious guidance
- recreational programs
- telephone access

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Staff and inmate interviews. Segregation log.

## PERFORMANCE STANDARD: Use of Physical Force

**2B.   Physical force is used only in instances of self-protection, protection of the inmate or others, prevention of property damage, or prevention of escape.**

OUTCOME MEASURES:

(1) Number of instances in which force was used in the past 12 months divided by the average daily population in the past 12 months.

(2) Number of instances in which force was used in the past 12 months divided by the number of admissions in the past 12 months.

diseases, education, smoking cessation, family planning, self-care for chronic conditions, self-examination, and the benefits of physical fitness.

*Protocols*: Written policy and procedure.

*Process Indicators*: Documentation of program availability. Program and class schedules. Attendance rosters. Interviews. Curriculum and lesson plans. Examples of pamphlets, brochures, or other written handouts.



## Health Screens

**4-ALDF-4C-22**
**(Ref. 3-ALDF-4E-19)**

**(MANDATORY) Intake medical screening for inmates commences upon the inmate's arrival at the facility and is performed by health-trained or qualified health care personnel. All findings are recorded on a screening form approved by the health authority. The screening includes at least the following:**

Inquiry into:

* any past history of serious infectious or communicable illness, and any treatment or symptoms and medications
* current illness and health problems, including communicable diseases
* dental problems
* use of alcohol and other drugs, including type(s) of drugs used, mode of use, amounts used, frequency used, date or time of last use, and history of any problems that may have occurred after ceasing use
* the possibility of pregnancy
* history of problem
* other health problems designated by the responsible physician

Observation of the following:

* behavior, including state of consciousness, mental status, appearance, conduct, tremor, and sweating
* body deformities and other physical abnormalities
* ease of movement
* condition of the skin, including trauma markings, bruises, lesions, jaundice, rashes, and infestations, recent tattoos, and needle marks or other indications of drug abuse

Medical disposition of the inmate:

* refusal of admission until inmate is medically cleared
* cleared for general population
* cleared for general population with prompt referral to appropriate health care service
* referral to appropriate health care service for emergency treatment

Inmates, who are unconscious, semiconscious, bleeding, or otherwise obviously in need of immediate medical attention, are referred. When they are referred to an emergency department, their admission or return

Part 4: Care

*Protocols*: Written policy and procedure. Job descriptions for mental health personnel.

*Process Indicators*: Documentation of review by mental health personnel. Interviews.

 ## Mental Health Screen

**4-ALDF-4C-29**
**(Ref. New)**

(MANDATORY) All inmates receive an initial mental health screening at the time of admission to the facility by mental-health trained or qualified mental-health care personnel. The mental-health screening includes, but is not limited to:

<u>Inquiry into whether the inmate</u>:

- has a present suicide ideation
- has a history of suicidal behavior
- is presently prescribed psychotropic medication
- has a current mental health complaint
- is being treated for mental health problems
- has a history of inpatient and outpatient psychiatric treatment
- has a history of treatment for substance abuse

<u>Observation of</u>:

- general appearance and behavior
- evidence of abuse and/or trauma
- current symptoms of psychosis, depression, anxiety, and/or aggression

<u>Disposition of inmate</u>:

- cleared for general population
- cleared for general population with appropriate referral to mental-health care service
- referral to appropriate mental-health care service for emergency treatment

*Comment*: None.

*Protocols*: Written policy and procedure. Mental health screening form.

*Process Indicators*: Health records. Completed mental health screening forms. Transfer logs. Interviews.

## Mental Health Appraisal

**4-ALDF-4C-30**
**(Ref. New)**

(MANDATORY) All inmates receive a mental health appraisal by a qualified mental health person within 14 days of admission to the facility. If there is documented evidence of a mental health appraisal within the previous 90 days, a new mental health appraisal is not required, except as

*Protocols*: Written policy and procedure. Federal and state laws and regulations. Format for documentation of medication, inventory, and storage of medication.

*Process Indicators*: Health records. Completed medication administration, inventory, and storage forms. Documentation of compliance with federal and state laws.

## Nonprescription Medication

**4-ALDF-4C-39**
(Ref. New)

**When inmates have nonprescription medications available outside of health services, the items, and access, are approved jointly by the facility administrator and the health authority. The items and access are reviewed annually by the health authority and administrator.**

*Comment*: Approved medications may be purchased through the commissary or the canteen.

*Protocols*: Written policy or procedure.

*Process Indicators*: Commissary or canteen items. Documentation of health authority and administrator approval. Interviews.

## Special Needs Inmates

**4-ALDF-4C-40**
(Ref. 3-ALDF-4E-38)

**The facility and program administrator, or a designee, and the responsible clinician, or designee, consult prior to taking action regarding chronically ill, physically disabled, geriatric, seriously mentally ill, or developmentally disabled inmates in the following areas:**

- **housing assignments**
- **program assignments**
- **disciplinary measures**
- **transfers to other facilities**

**When immediate action is required, consultation to review the appropriateness of the action occurs as soon as possible, but no later than 72 hours.**

*Comment*: Maximum cooperation between custody personnel and health care providers is essential so that both groups are aware of decisions and movements regarding inmates with special needs.

*Protocols*: Written policy and procedure.

*Process Indicators*: Documentation of consultation between facility or program administrator and clinician. Health records. Interviews.

## Exercise

**4-ALDF-4C-41**
(Ref. New)

**Exercise areas are available to meet exercise and physical therapy requirements of individual inmate treatment plans.**

*Comment*: The facility administrator and the health care authority may designate those correctional officers who have responsibility for responding to health care emergencies. Staff not physically able to perform CPR are exempt from the expected practice.

*Protocols*: Written policy and procedure. Lesson plans and curriculum.
*Process Indicators*: Verification of training. Records and certificates. Interviews.

## First Aid

**4-ALDF-4D-09**
**(Ref. 3-ALDF-4E-25)** First aid kits are available in designated areas of the facility as determined by the designated health authority in conjunction with the facility administrator. The health authority approves the contents, number, location, and procedures for monthly inspection of the kit(s) and written protocols for use by nonmedical staff. An automatic external defibrillator is available for use at the facility.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: List of first aid kit contents. Documentation of inspections. Observation.

## Students and/or Interns

**4-ALDF-4D-10**
**(Ref. 3-ALDF-4E-15)** Any students, interns, or residents delivering health care in the facility, as part of a formal training program, work under staff supervision commensurate with their level of training. There is a written agreement between the facility and training or educational facility that covers the scope of work, length of agreement, and any legal or liability issues. Students or interns agree in writing to abide by all facility policies, including those relating to the security and confidentiality of information.

*Comment*: Facility orientation should include topics such as: fire, safety, security, contraband, inmate culture.

*Protocols*: Written policy and procedure. Written agreements or contracts.
*Process Indicators*: Signed agreements and contracts. Observation. Interviews.

## Inmate Assistants

**4-ALDF-4D-11**
**(Ref. 3-ALDF-4E-16)** Unless prohibited by state law, inmates, under staff supervision, may perform familial duties commensurate with their level of training. These duties may include the following:

- peer support and education

- hospice activities

- assisting impaired inmates on a one-on-one basis with activities of daily living

- serving as a suicide companion if qualified and trained through a formal program that is part of a suicide prevention plan

Inmates are not to be used for the following duties:

- performing direct patient care services
- scheduling health care appointments
- determining access of other inmates to health care services
- handling or having access to surgical instruments, syringes, needles, medications, or health records
- operating diagnostic or therapeutic equipment except under direct supervision, by specially trained staff, in a vocational training program.

*Comment*: No inmate or group of inmates is given control or authority over other inmates in the health care area.

*Protocols*: Written policy and procedure.
*Process Indicators*: Observation. Interviews.

## Notification

**4-ALDF-4D-12**
**(Ref. 3-ALDF-4E-44)**   Individuals designated by the inmate are notified in case of serious illness, serious injury, or death, unless security reasons dictate otherwise. If possible, permission for notification is obtained from the inmate.

*Comment*: The persons to be notified should be designated in writing as part of the facility's admissions procedures.

*Protocols*: Written policy and procedure.
*Process Indicators*: Notification records.

## Confidentiality

**4-ALDF-4D-13**
**(Ref. 3-ALDF-4E-47)**   (MANDATORY) Information about an inmate's health status is confidential. The active health record is maintained separately from the confinement case record. Access to the health record is in accordance with state and federal law.

*Comment*: The principle of confidentiality protects inmate patients from disclosure of confidences entrusted to a health care provider during the course of treatment.

*Protocols*: Policy and procedure.
*Process Indicators*: Observation. Interviews.

**4-ALDF-4D-14**
**(Ref. 3-ALDF-4E-47)**   (MANDATORY) The health authority shares with the superintendent or the warden information regarding an inmate's medical management. The circumstances are specified when correctional staff are advised of an inmate's health status. Only that information necessary to preserve the health and safety of an inmate, other inmates, volunteers, visitors, or the correctional staff is provided. Information provided to correctional, clas-





Part 4: Care

sification staff, volunteers, and visitors addresses only the medical needs of the inmate as it relates to housing, program placement, security, and transport.

*Comment*: None.

*Protocols*: Policy and procedure.
*Process Indicators*: Observation. Interviews.

## Informed Consent

**4-ALDF-4D-15**
**(Ref: 3-ALDF-4E-42)**    (MANDATORY) Informed consent standards of the jurisdiction are observed and documented for inmate care in a language understood by the inmate. In the case of minors, the informed consent of a parent, guardian, or a legal custodian applies when required by law. When health care is rendered against the patient's will, it is in accordance with state and federal laws and regulations. Otherwise, any inmate may refuse, in writing, medical, dental, and mental health care. If the inmate declines to sign the refusal form, it must be signed by at least two witnesses. The form then must be sent to medical and reviewed by a qualified health care professional. If there is a concern about decision-making capacity, an evaluation is done, especially if the refusal is for critical or acute care.

*Comment*: None.

*Protocols*: Written policy and procedure. Consent or authorization forms.
*Process Indicators*: Health records. Completed consent forms. Completed refusal forms. Interviews.

## Elective Procedures

**4-ALDF-4D-16**
**(Ref: New)**    There are guidelines that govern elective procedures or surgery for inmates. They must include decision-making processes for elective surgery needed to correct a substantial functional deficit or if an existing pathological process threatens the well-being of the inmate over a period of time.

*Comment*: None.

*Protocols*: Written policy and procedure.
*Process Indicators*: Health records. Interviews.

## Involuntary Administration

**4-ALDF-4D-17**
**(Ref: 3-ALDF-4E-18)**    (MANDATORY) Involuntary administration of psychotropic medication(s) to inmates complies with applicable laws and regulations of the jurisdiction. When administered, the following conditions must be met:

- administration is authorized by a physician who specifies the duration of therapy